UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20056-SINGHAL

UNITED STATES OF AMERICA

v.

JOEL BELLEGARDE,

        Defendant.

## NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1. On June 29, 2021, pursuant to 21 U.S.C. § 853(p), the Court entered a Preliminary Order of Forfeiture, ECF No. 52, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

    a. $54,570 in U.S. currency;[1]

    b. 10kyg stamped 26-inch Cuban link chain with square 2 1/8-inch Jesus two-tone gold pendant. The chain is 26" long; and

    c. 10K Cuban link 28-inch chain with square 3.2" X 1.5" 10kyg tamped two-tone gold Jesus pendant with bezel containing three cubic zirconium and one missing stone.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. *See* Decl. of Publication, ECF No. 60; 21 U.S.C. §

---

[1] The Federal Bureau of Investigation has since advised that the amount seized was $54,550.00.

853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1). *See* Exhibit A (Direct Notices and Delivery Confirmations).[2]

4. The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized law enforcement official shall dispose of the Property in accordance with applicable law.

7. Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

---

[2] The United States noticed a third party, J.A., who was not a party to these proceedings and has not filed a petition. Therefore, in order to protect her/his identify, the United States has filed a redacted version of the notice. An unredacted version is available upon the Court's request. The notice was sent via email pursuant J.A.'s request that it be sent via email because s/he was in the process of moving at the time the notice was sent. Undersigned sent the email and requested a return receipt which was received, as documented in Exhibit A.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089

3