

Exhibit A  U.S. Department of Justice

United States Attorney
Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*Telephone (305) 961-9007*
*Facsimile (305) 536-4089*

September 8, 2021

**VIA ELECTRONIC MIAL**



J▆▆▆ A▆▆▆
▆▆▆▆@gmail.com

Re:   Notice of Forfeiture in US v. Joel Bellegarde
      Criminal Case No. 21-20056-CR-S1NGHAL

To Whom It May Concern:

The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States. The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describe the forfeited property and the procedure for filing a petition to claim any of the forfeited property. By receipt of this letter, you are on actual notice of the forfeiture and of your right to assert a claim. This letter is not intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within 60 days of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>.

Sincerely,

*Nicole Grosnoff* (signature)

Nicole Grosnoff
Assistant United States Attorney
305-961-9294
nicole.s.grosnoff@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (2) Preliminary Order of Forfeiture

NG/cag